UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BOISEY CALDWELL,<br><br>                              Plaintiff,<br><br>-against-<br><br>DEPARTMENT OF LAW ATTORNEY'S<br>QUIANA SMITH-WILLIAMS, et al.,<br><br>                              Defendants. | 1:24-CV-0923 (LTS)<br><br>ORDER OF DISMISSAL<br>UNDER 28 U.S.C. § 1651 |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated August 17, 2021, the Court barred Plaintiff from filing any future civil action in this court *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *Caldwell v. Cohen*, ECF 1:21-CV-5039, 12 (S.D.N.Y. Aug. 17, 2021). Plaintiff files this new *pro se* civil action, seeks IFP status, and has not sought leave from the court. The Court therefore dismisses this action without prejudice for Plaintiff's failure to comply with the Court's August 17, 2021 order in *Caldwell*, 1:21-CV-5039.

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

      The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated:  February 13, 2024
           New York, New York

                                                        /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                            Chief United States District Judge