UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOISEY CALDWELL,

                Plaintiff,

-against-

DEPARTMENT OF LAW ATTORNEY'S
QUIANA SMITH-WILLIAMS, et al.,

                Defendants.

1:24-CV-0923 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 13, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: February 13, 2024
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge